UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JAMARR EDWARD CASSO,  Civil No. 08-5128 MJD/AJB

    Plaintiff,

v.  O R D E R

KAY SAILER, RON WELLS,
JOAN FABIAN, PEG LARSON, and
BRENDA DOE?,

    Defendants.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated October 29, 2008, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1. Plaintiff's Application To Proceed In Forma Pauperis, (Docket No. 2), is **DENIED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.

DATED: November 25, 2008.

                                  s/Michael J. Davis
                                  Chief Judge Michael J. Davis
                                  U. S. District Court